**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7733**
_____

UNITED STATES OF AMERICA,

                      Plaintiff – Appellee,

      v.

LAWRENCE W. NELSON, a/k/a Zikkee,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:03-cr-00049-IMK-RWT-1)

_____

Submitted: March 29, 2016          Decided: April 1, 2016

_____

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence W. Nelson, Appellant Pro Se. Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence W. Nelson appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Nelson</u>, No. 1:03-cr-00049-IMK-RWT-1 (N.D.W. Va. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2